UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PALOMO,<br><br>    Plaintiff,<br>vs.<br><br>SOUTHWEST COLLECTION SERVICES,<br><br>    Defendant. | Case No.: **8:10-cv-00045-DOC-MLG**<br><br>[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: August 30, 2010

_____
The Honorable Judge
David O. Carter
United States District Judge

1